**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 23-cr-137 (CRC)** |
| v. | : | |
| | : | |
| **FRANKLIN HUNTER [4]** | : | |
| **DAVON JOHNSON [5]** | : | |
| **DECARLOS HILL [6]** | : | |
| **ANDREW SMITH [12]** | : | |
| **ROBERT SHEFFIELD [13]** | : | |
| **TIMOTHY CONRAD [16]** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S OMNIBUS MEMORANDUM**
**IN SUPPORT OF PRETRIAL DETENTION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in support of its oral motion for detention pending trial, under 18 U.S.C. §§ 3142(f)(1)(A) (a crime of violence) and (f)(1)(B) (an offense carrying a maximum sentence of life imprisonment, specifically, 18 U.S.C. § 924(c)), for each defendant arrested in this case on August 30, 2023—to wit:  Franklin Hunter, Davon Johnson, Decarlos Hill, Andrew Smith, Robert Sheffield, and Timothy Conrad. [1]

Each of the above-named defendants faces a rebuttable presumption that no conditions or combinations thereof can effectively ensure the defendants' appearance in this case and otherwise protect the community, pursuant to 18 U.S.C. § 3142(e)(3)(B).

The Government respectfully requests that the following points and authorities, as well as any other facts, arguments, and authorities presented at the detention hearing, be considered in the Court's determination regarding pre-trial detention.

---

[1] There are eight additional co-defendants who are not the subject of the Government's instant motion because they are already detained in their currently pending cases.

## PROCEDURAL HISTORY

On December 20, 2022, in case number 22-cr-410 (CRC), Trevor Wright, aka "Taliban Glizzy" was charged by indictment with two counts of 18 U.S.C. § 922(g), for his unlawful possession of several firearms on July 17 and November 11, 2022.  Following a December 15, 2022 detention hearing and the subsequent appeal of the magistrate judge's release order, Trevor Wright was held without bond on December 23, 2022.

On February 8, 2023, in case number 23-cr-17-HES-PDB, the U.S. Attorney's Office for the Middle District of Florida (Jacksonville Division) charged Trevor Wright, Avery Fuller, Delonte Martin, Jaylaun Brown, Jameise Christian, and Antonio Tate with one count of Interference with Commerce by Threats or Violence (hereafter, "Hobbs Act Robbery"), in violation of 18 U.S.C. § 1951, and Possession of a Firearm in Furtherance of a Crime of Violence (Brandishing), in violation of 18 U.S.C. § 924(c)(1)(A)(ii), for their commission of a December 6, 2022 armed robbery at Kishek Jewelers in Jacksonville, Florida, described briefly *infra*.  With the exception of Wright, who is detained in Washington, D.C., the remaining defendants in the Jacksonville case are detained there.

On March 21, 2023, in 23-cr-90 (CRC), William Hunter was charged by indictment with a single count of 18 U.S.C. § 922(g) for his unlawful possession of a firearm on March 6, 2023.  William Hunter conceded detention and has remained held without bond.

On April 25, 2023, in 23-cr-137 (CRC) —the instant case—Trevor Wright and William Hunter were charged by Indictment with one count of Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, for their commission of the October 25, 2022 armed robbery of Paradise Jewelers in Paterson, New Jersey, described further *infra*.  A few months later, on August 17, 2023, a grand jury returned a 19-count superseding indictment, charging all of the defendants

in connection with nine armed robberies of South Asian jewelry stores committed in New Jersey, Pennsylvania, Florida, and Virginia, with substantial planning and coordination occurring in Washington, D.C.  William Hunter was further charged in Count 18 for his commission of two armed carjackings in Maryland, and four of the defendants – namely, Trevor Wright, Avery Fuller, William Hunter, and Franklin Hunter – were charged in Count 19 with money laundering.

## APPLICABLE LAW

Pursuant to 18 U.S.C. § 3142(e)(3)(B), there exists a rebuttable presumption as to all the defendants that no conditions or combinations of conditions can effectively ensure the defendants' appearance in this case and otherwise protect the community. The government must establish by clear and convincing evidence that a defendant is a danger to the community. *United States v. Peralta*, 849 F.2d 625, 626 (D.C. Cir. 1988). For a detention decision based upon risk of flight, the government only need prove by a preponderance of the evidence that there are no conditions or combinations of conditions that will assure the defendant's appearance as required. *United States v. Vortis*, 785 F.2d 327, 328-29 (D.C. Cir. 1986). Furthermore, at a detention hearing, the government may present evidence by way of a proffer.  *United States v. Smith*, 79 F.3d 1208, 1209-10 (D.C. Cir. 1996).

In considering whether there are conditions of release, which will reasonably assure the safety of any other person and the community, and the appearance of the defendant as required, the Court should consider and weigh the following factors: (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the defendant; (3) his history and characteristics; and (4) the nature and seriousness of the danger to any person or the community that would be posed by his release. *See* 18 U.S.C. § 3142(g). In consideration of these factors, along with the applicable rebuttable presumption, the government respectfully submits that there

is no condition, or combination of conditions, that would assure the safety of the community or the Defendants' appearance at future proceedings.

## FACTUAL BACKGROUND

Wright and his accomplices, the defendants, were engaged in a scheme to rob at gunpoint various South Asian jewelry stores across the Eastern seaboard to obtain heavy gold jewelry, which they later converted into cash. As borne out *infra* in the factual overview for each of the armed robberies and carjackings, the defendants employed a standard modus operandi—at least two and up to several defendants wore dark clothing, masks, and gloves to avoid detection; they were armed with at least one, if not more, firearms, which they brandished at store employees to subjugate them; they used hammers to smash the glass display cases protecting the jewelry; and they specifically victimized South Asian jewelry stores when employees and/or customers were inside the store. In part, the defendants targeted these jewelry stores to steal heavy gold, which they ultimately melted down to gold bars, or otherwise sold by weight, and converted to cash. They often used at least one, if not more, suspect vehicles, some carjacked and some rented. Often, the suspect vehicles were outfitted with tags corresponding to different vehicles and/or stolen tags; and the defendants often switched out the tags on the suspect vehicles prior to and/or after the robbery to evade law enforcement detection. In every instance, the defendants traveled from Washington, D.C. to the crime scene outside of the jurisdiction, and after the commercial robbery or carjacking, they returned to D.C.

These patterns evince careful coordination within this organized, violent group that speaks squarely to the dangerousness they present to the community if released. This danger is amplified by the fact that they operate as a crew consisting of some members who have not yet been apprehended and who remain at large.

i.     *Yasini Jewelers – January 7, 2022 Armed Robbery (Falls Church, Virginia)*

William Hunter is charged in Counts 1, 2, and 3 of the Indictment with commission of this armed robbery of Yasini Jewelers located at 1120 W Broad Street E, Falls Church, VA 22046 around 1:02 p.m. on January 7, 2022.  Around 12:44 p.m., two suspects, including William Hunter, entered the store and pretended to browse for approximately thirteen minutes.  When the owner opened a display case containing gold bangles, William Hunter drew with his left hand a handgun from inside his left waistband, pointing the weapon at the store owner, while simultaneously taking a gold bangle from the owner with his right hand.  Over the course of approximately 60 seconds, both suspects then took multiple trays of merchandise and several necklaces before fleeing the store with approximately $300,000 - $400,000 in jewelry.

ii.     *Virani Jewelers – June 10, 2022 Armed Robbery (Paterson, New Jersey)*

Franklin Hunter, Davon Johnson, Decarlos Hill, Hesham Gomaa, Trevor Wright, and Avery Fuller are charged in Counts 1, 4, and 5 of the Indictment with commission of an armed robbery at Virani Jewelers on June 10, 2022, in Paterson, New Jersey.

On June 10, 2022, at approximately 7:45 p.m., at least nine suspects ransacked Virani Jewelers, located at 1394 Oaktree Road in Woodbridge, New Jersey.  Eight masked suspects, dressed in dark clothing (except for one, who was wearing a white shirt), ran from two of the three suspect vehicles—a Mercedes SUV and Dodge Charger—into the store.  Upon entering together, the defendants shoved employees seated on stools to the ground and pointed firearms at their heads as other suspects broke the glass display cases with hammers.[2]

---

[2] Exterior video shows five suspects exiting from the Mercedes and three exiting from the Dodge Charger.  The driver of the Charger appears to stay in the car as the other suspects commit the robbery.



Interior camera shows one of the gunmen pointing his firearm at the back of an employee's head while pushing her to the back of the store where the vaults are located. Two of the employees/victims in the store sustained minor injuries—one victim was bleeding and had a small laceration to her right forearm and small cuts to her right knee, toe, and left thigh from being shoved to the ground; and the other victim was bleeding from her right leg with a small laceration to her right knee.

After the robbery, the suspects ran into the suspect vehicles, which fled followed by the third suspect vehicle, a black Chevy Suburban. The suspects stole gold jewelry estimated at approximately $1.2 million.



GPS data for one of the three suspect vehicles and photographs from the New Jersey Turnpike show the suspect vehicles traveling together from Washington, D.C. to New Jersey and back.

### iii.   _September 11, 2022 Armed Carjacking in Lanham, MD_

William Hunter is charged in Count 18 of the Indictment with commission of an armed carjacking on September 11, 2022, at 10201 Aerospace Road, Lanham, MD 20706.  At 5:46 p.m., William Hunter and two unidentified suspects carjacked at gunpoint two victims, stealing from them two vehicles—one black 2018 Lexus GX460 SUV, and one white 2020 Lexus GX460.  Nine days later, the stolen black Lexus was used as the getaway vehicle in the armed robbery of Sonia Jewelers, discussed further _infra_.

The day after the carjacking, Franklin Hunter texted Trevor Wright a video of two Lexus SUVs consistent with the carjacked vehicles, which both appeared to be parked in the lot adjacent to William Hunter's address in Southeast, Washington, D.C.



Later that day, PG County detectives placed a GPS device on the stolen white Lexus.[3]  On September 13, 2022, the GPS on the white Lexus showed it travelling to New Jersey; PG detectives notified NJ state police of the vehicle's location. NJ State Police attempted to stop the vehicle before it fled, resulting in a pursuit.  The white Lexus ultimately came to a stop in the area of 2008 US Highway 206, Bordentown, NJ 08505, whereupon the occupants—Jameise Christian, Avery Fuller's brother Deandre Fuller, and Roche Thames—fled but were ultimately apprehended. When law enforcement in NJ initiated a custodial interview with Roche Thames, he waived and admitted to driving the Lexus but claimed to have purchased it for $1,500 from a stranger in Washington, D.C.

By the time the second stolen vehicle, the black Lexus, was recovered by William Hunter's residence on September 20, 2022, around 12:55 p.m., it had already been used to commit an armed

---

[3] The victim was able to use ITS Lexus App to notify the detectives of the stolen vehicle's whereabouts.

robbery earlier that day.  When searched, PG law enforcement recovered, among other evidence, a gold bangle, plastic display pieces, and clothing worn by one of the suspects in the robbery.

 *iv.* <u>*Sonia Jewelers – September 20, 2022 Armed Robbery (Springfield, VA)*</u>

  William Hunter and Lamont Marable are charged in Counts 1, 6, and 7 with commission of the September 20, 2022 armed robbery at Sonia Jewelers, located at 6681 Backlick Road, Springfield, VA 22150.  Three days before, William Hunter texted Trevor Wright the address for the jewelry store and instructed Wright to, "[t]ell them bring a tag with them."  Wright, in turn, texted Avery Fuller the same instructions about bringing a tag.

  During the robbery, one suspect wielded and pointed at employees a firearm, while the other used a hammer to smash the glass display cases protecting the jewelry.

 



The getaway vehicle used to flee the crime scene was the black Lexus GX460 carjacked at gunpoint on September 11, 2022, although at the time of the robbery, it was equipped with a different tag that had been affixed upside-down.  In total, William Hunter, Lamont Marable, and any unidentified suspects involved in this robbery stole approximately 272 22-carat gold bangles, with an estimated value of $130,405.00.

   v.   *October 22, 2022 Armed Carjacking (Anne Arundel, MD)*

William Hunter is charged in Count 18 of the Indictment with commission of an armed carjacking on October 22, 2022, at approximately 4:19 p.m., in the Macy's parking garage at 2002 Annapolis Mall Road, Unit 1295, Annapolis, MD 21401.  The Complainant reported that, upon returning from the mall to his vehicle, a 2023 BMW X6, two armed black males approached him from a parked vehicle and pointed their firearms at the victim.  The victim, shocked, put up his hands as one of the suspects grabbed the car keys from his hand and then searched his pockets, ultimately grabbing the victim's wallet (containing several debit and credit cards and his license) and phone and fleeing with the BMW, which was ultimately recovered the next day by Antonio Tate's residence.

   vi.   *Paradise Jewelers – October 25, 2022 Armed Robbery (Paterson, NJ)*

Keith McDuffie, Jameise Christian, Trevor Wright, and William Hunter are charged in Counts 1, 8, and 9 with the commission of an October 25, 2022 armed robbery of Paradise Jewelry located at 1069 Main Street, Paterson, New Jersey 07503.  The defendants robbed Paradise Jewelry of approximately $1,932,230.60-worth of jewelry.

Per CCTV, at around 3:56 p.m., three suspects entered the store as one remained in one of the suspect vehicles, a Dodge Charger.  One suspect had a gun with an extended magazine, which he aimed at a store employee.

 

Another had a laundry bag to pour jewelry into and a hammer with a red handle to smash the glass case displays protecting the jewelry.



Left behind at the scene of the robbery was an extended magazine with 28 live rounds of 9mm ammunition, which the armed suspect had dropped in the course of the robbery.

The robbers fled the scene in a Gray/Silver Volkswagen Atlas bearing NJ Temporary Registration T20PZD (a stolen plate; a check of that plate comes back to a different vehicle). The Atlas was followed closely by a darker-colored Dodge Charger with MD Registration A370053, which was reported stolen the same day as the robbery. License Plate Reader ("LPR") and

11

traffic/ticket cameras captured both cars traveling together, both before and after the robbery.

As detailed further below, Keith McDuffie rented the Atlas from Enterprise at Reagan National Airport on October 23, 2022, and returned it on October 25, 2022, at 9:13 p.m.  He provided Trevor Wright with periodic updates on the cars available for rent, and at Wright's behest, he specifically looked for a fast vehicle with tints.  From D.C., Wright procured the other suspect vehicle, the Dodge Charger used in the robbery, which he picked up from a Whole Foods parking lot in D.C. from one of his associates.

On October 25, 2022, once the robbery was complete, Trevor Wright coordinated with Hesham Gomaa to meet at William Hunter's Washington, D.C. residence and transport several co-defendants down to Miami, Florida where Wright met them.  Throughout the investigation, the government has obtained evidence establishing that as part of this scheme, the defendants generally meet with a fence in Miami, Florida to convert the stolen gold into bars of gold that can be weighed more precisely and converted from grams of gold to cash.  On October 26, 2022, Wright texted William Hunter the breakdown of gold in grams following the October 25th heist, stating "we got 6k, I got 2, You got 2, Gino 1, Ace 1."[4]  Note that according to Investing.com,[5] the approximate valuation of 6,000 grams of gold is $370,344.00.  On November 2, 2022, Wright purchased a Rolex appraised at $49,995 with vacuum-sealed cash from Haimov's Jewelers in Miami, *see below*.

---

[4] The government understands "Gino" to be Franklin Hunter's nickname, and "Ace" to be Avery Fuller's nickname.

[5] https://www.investing.com/currencies/gau-usd-converter



*vii.*      *Baral Jewelers – November 10, 2022 Armed Robbery (Harrisburg, PA)*

Franklin Hunter, Andrew Smith, Robert Sheffield, Timothy Conrad, and William Hunter are charged in Counts 1, 10, and 11 of the Indictment with the commission of the armed robbery on November 10, 2022, of Baral Jewelers and Gift Center at 5450 Derry Street 3, Harrisburg, PA 17111.

Approximately seven suspects wearing gloves and masks entered the store at 6:33 p.m. from a white Audi Q5 SUV and a white/silver BMW SUV.  Two armed suspects stayed in the front grocery store area, and five entered the jewelry store in the back.  The defendants used hammers to smash the display cases and loaded bags with miscellaneous jewelry, costing an estimated $1,000,000.  The two suspects that remained in the front grocery store held the owner at gunpoint and took approximately $600 in cash from a drawer.



While the seven suspects were pillaging the store, the two suspect vehicles—the Audi and the BMW—repositioned themselves in the nearby parking lot and flashed headlights, suggesting that at least two additional individuals occupied the getaway suspect vehicles. After the robbery, when all the suspects ran back into the two suspect vehicles, both cars exited the parking lot together at 6:35 p.m.

*viii.*    *Sara Jewelry – November 27, 2022 Armed Robbery (Jersey City, NJ)*

Franklin Hunter, Timothy Conrad, Andrew Smith, and William Hunter are charged in Counts 1, 12, and 13 with commission of the armed robbery at Sara Jewelry, located at 787 Newark Avenue, Jersey City, New Jersey.   At approximately 4:35 p.m., two males exited a black Dodge Charger, bearing temporary plate B30428 (not affiliated with the vehicle), and three other males exited a black Mercedes AMG, bearing NJ license plate OYB6354 (not affiliated with the vehicle and reported stolen the next day when the owner discovered that it had gone missing).   They ran towards the store, and over the course of approximately 90 seconds, the suspects smashed the display cases and stole over $400,000.00 in jewelry and $20,000.00 in U.S. currency.  At one point during the robbery, one of the suspects pointed a handgun at one of the employees and ordered her

to "open the safe or I will shoot you."  She started praying; one of the males pushed her to the ground because he thought she was hitting the panic button.  The males then fled the scene and ran into the two suspect vehicles, which fled.  One day after the robbery, William Hunter sent Trevor Wright the below image, which appears to be a black plastic bag containing numerous gold bangles.



As discussed further *supra*, the Mercedes suspect vehicle appears to match the black 2011 Mercedes S63 AMG that Andrew Smith and William Hunter jointly purchased on November 16, 2022, from Chantilly Auto Sales, Inc., for $40,897.30 before abruptly selling it back for $15,000 on February 24, 2023, after it was used in two armed robberies.  When the dealership alerted law enforcement, a search of the Mercedes resulted in the recovery of various pieces of gold jewelry and glass in the backseat.

ix.   *Kishek Jewlers – December 6, 2022 Armed Robbery (Jacksonville, FL)*

Trevor Wright, Avery Fuller, Jameise Christian, Antonio Tate, Jaylaun Brown, and Delonte Martin are charged in Count 1 of the Indictment for their commission of the armed robbery of Kishek Jewelers, located at 3546 Saint Johns Bluff Road, Suite 101, Jacksonville, FL 32224, on December 6, 2022.  They have been charged (substantively) by Indictment in Jacksonville, Florida by the U.S. Attorney's Office for the Middle District of Florida for this same incident.  In

that robbery, at least six suspects entered the store, brandished a firearm, smashed display cases, and stole jewelry valued at approximately $700,000 - $800,000 before getting back into a black BMW with FL registration NLLS40 and fleeing the scene with a second suspect vehicle, a white Mercedes, in tow.

      *x.*     *Chintamani's Jewelers – December 22, 2022 Armed Robbery (Franklin Park, NJ)*

      Franklin Hunter and Timothy Conrad are charged in Counts 1, 14, and 15 with commission of the armed robbery of Chintamani's Jewelers. At approximately 5:42 p.m., at least seven suspects entered the store wearing dark clothing, masks and gloves, and carrying bags as well as hammers, using at least one firearm with an extended magazine. They entered the store by smashing the front glass door. One of the owners attempted to flee, but one of the suspects grabbed her and held her down on the ground, occasionally dragging her.



One of the suspects, with gun in hand, chased after two other employees, initially pushing them out of the back door before then grabbing one of employees and pressing the barrel of the firearm against his temple while forcing him to the safe and demanding that it be opened. Approximately $400,000.00-worth of jewelry was stolen.



The suspects fled in multiple vehicles including a black Dodge Charger, which, during its flight, was involved in a serious car accident, resulting in the death of one of the suspects, Joshua Matthews.  Once police reported to the scene of the car crash, they found Matthews deceased in the backseat, wearing all black clothing and a ski mask consistent with the clothing the suspects wore during the robbery.  Inside the vehicle were two firearms, a black duffel bag with polka dots (as depicted in the surveillance of the robbery), as well as jewelry in the front of the driver's side of the vehicle.   Upon being shown the images of the jewelry recovered from the suspect vehicle, the store owner confirmed that they appeared to belong to the robbed store, noting that the distinct white tags on the jewelry was unique to their store.  As described further *infra*, CODIS hits from swabs from the vehicle implicate Franklin Hunter, among others.



It should also be noted that an autopsy performed on Matthews indicated that there was a potent drug cocktail found in his system, including at least Alprazolam (generic Xanax), Amphetamine, Eutylone (a synthetic designer stimulant drug), Pentylone (another synthetic designer stimulant drug), and Phencyclidine (PCP).  As a result, this at least raises the possibility that some of these other defendants committed robberies, while armed and holding loaded firearms to victims' heads, all while taking drugs such as PCP.  The sheer recklessness of their actions knows no bounds.

*xi.*      *Princess Diamonds – January 27, 2023 Armed Robbery (Falls Church, VA)*

Andrew Smith and William Hunter are charged in Counts 1, 16, and 17 with commission of the January 27, 2023 armed robbery of Princess Diamonds, located at 6757 Wilson Boulevard, Suite 12, in Falls Church, Virginia.  One suspect brandished a handgun at employees, a second suspect used a hammer to shatter several glass display cases, and a third suspect stayed by the door,

appearing to act as a lookout.  The suspects got away with numerous items of gold jewelry, with an estimated loss of $100,500.00.



Surveillance footage shows that all three subjects fled the store after the robbery in a Mercedes Benz sedan, consistent with the Mercedes Benz that Andrew Smith and William Hunter had jointly purchased in November 2022.

xii.    *Yasini Jewelers – April 28, 2023 Attempted Armed Robbery and Shooting (Falls Church, VA)*

On April 28, 2023, Yasini was almost robbed, again.  While the government is still investigating this offense and it is not charged in the superseding indictment, the robbery bears all the hallmarks of this criminal conspiracy and recently developed evidence strongly connects one of the charged defendants, Franklin Hunter, with his involvement in this offense.

During the attempted robbery, surveillance video shows one individual break the front window with a sledgehammer before four others, who came from a Cadillac, and were all clad in ski masks and other attire that covered their entire bodies, entered the store.  The individuals

appeared to be carrying empty laundry bags.  One of the individuals, who was armed with a firearm, exchanged gunfire with an armed store employee, resulting in one round being fired by the employee and at least three rounds being fired by the suspect.  Officers located the rounds the suspect fired, which were in the direction of where the employee stood.  All the suspects fled back into the Cadillac after the shooting, having not stolen anything.

During the August 30, 2023 arrest of Franklin Hunter, explained *infra*, investigators recovered a Glock 23 firearm with obliterated serial number and extended magazine (22-round capacity) from his bedroom in his apartment.  Notably, the test-firing of that firearm generated a NIBIN lead to the cartridge casings left behind by the suspects in this robbery attempt.  Said simply, Franklin Hunter is not only preliminarily connected to this second Yasini attempted robbery, but he may well have tried to kill someone during the course of this botched robbery. Also of note, following the August 30, 2023 arrest of Decarlos Hill and the execution of a residential warrant at his home, law enforcement seized his vehicle, a Cadillac consistent in appearance with the suspect vehicle used in the second attempted robbery of Yasini.

 *xiii.* <u>August 30, 2023 Arrests and Seizures</u>

On August 30, 2023, when law enforcement engaged in a joint operation to execute the arrest warrants and residential warrants in eight locations (including residences in Maryland, Virginia, and California), the results were overwhelming, as reflected in the below table.  These recoveries confirm the crew's steady and unfettered access to firearms:

| Location Searched | Individual Associated with Location | Contraband Seized |
|---|---|---|
| 410 Rhode Island Ave Washington, D.C. | Franklin Hunter | **-Glock 23 firearm with obliterated serial number and extended magazine** (22-round capacity) |

| 132 Michigan Avenue NE, Washington, D.C. | Davon Johnson | **-Glock 21 Gen 4 .45 ACP**<br>**-AR-style .223/5.56 pistol with obliterated serial number**<br>-20 rounds of ammunition<br>-731.5 grams of green leafy substance in packaging<br>-4.8 grams of unknown rock-like substance with packaging |
|---|---|---|
| 4401 Telfair Boulevard, Camp Springs, Maryland | Andrew Smith | **-S&W M&P 9 Shield EX 9mm pistol**<br>-Ammunition<br>-Jewelry<br>-Locked safe |
| 1345 Fort Street NW, Washington, D.C. | Robert Sheffield | -Ammunition<br>-Firearm magazine<br>-Jewelry |
| 1402 Euclid Street NW, Washington, D.C. | Timothy Conrad | **-Glock 23 .40 pistol with conversion device attached (potentially rendering it a machine gun)**<br>**-AK-style 7.62x39mm Rifle**<br>-Ammunition<br>-Sneakers consistent with those worn during robbery |
| 9400 Grand Blvd, Apartment 2186, Largo, MD 20774 | Decarlos Hill | -Cadillac consistent with a suspect vehicle |
| Alexandria, VA | Hesham Gomaa | Safe with $308,800 in cash |

## ARGUMENT

**The Defendants Should Be Detained Pending Trial Because They Pose a Danger to the Community and a Flight Risk**

In light of the nature and circumstances of the offenses charged, the weight of the evidence against each defendant, each defendant's criminal history and characteristics, and the dangers to the community posed by any defendant's release, the defendants cannot overcome the presumption that their release would endanger the community.

A.      **The Nature and Circumstances of the Offense**

The nature and circumstances of the charged offenses weigh strongly in favor of detention. The grand jury found by probable cause that all sixteen defendants were engaged in a calculated scheme spanning multiple jurisdictions over one year to specifically target and ransack minority-owned jewelry stores.  In every instance, the defendants descended upon these stores armed with firearms and hammers.  The brazenness with which they executed this scheme is in full display in the surveillance videos from each of the robberies, showing the defendants pillaging stores, not at night, but in broad daylight, while the stores are occupied by owners, employees, and customers alike.   By way of example, the defendants' merciless conduct is readily apparent from interior surveillance      capturing      the      Virani      jewelry      store      robbery.      *See* https://www.youtube.com/watch?v=Vs9C7MTO7Kgy.

Each of the defendants acted with complete disregard for the victims they terrorized, some of whom experienced the nightmare of masked strangers pointing firearms at them, pressing the barrel of a firearm against their temples, spraying their stores with shards of glass as the defendants callously smashed the displays, turning the victims' place of work into a chaotic crime scene.



Some victims suffered the indignities of being manhandled, shoved to the ground, thrown out a door, or dragged to a safe at gunpoint. And tragically, some of the victims did not have insurance to absorb the significant losses they suffered at the hands of these defendants. What's more, the items that the defendants took, with no regard for their cultural significance, had monetary valuations as steep as millions of dollars.

The ramifications of the defendants' conduct cannot be understated, and the significance of the offenses they have now been charged with are reflected in the serious periods of incarceration they face upon conviction. Based on the Hobbs Act robbery conspiracy alone, they each face up to 20 years in prison under 18 U.S.C. § 1951, which does not account for the mandatory-minimum time attendant with brandishing firearms in furtherance of each of the substantively charged robberies under 18 U.S.C. § 924(c)(1)(A)(ii). Specifically, Franklin Hunter is charged with four separate 924(c)'s in Counts 5, 11, 13, and 15, resulting in 28 years of mandatory, consecutive time. Davon Johnson, Decarlos Hill, and Robert Sheffield are each charged with one 924(c) in Counts 4, 5, and 11, respectively, resulting in 7 years of mandatory, consecutive time for each. Andrew Smith is charged in Counts 11, 13, and 17 with three 924(c)'s, resulting in 21 years of mandatory, consecutive time. Timothy Conrad, too, is charged with three 924(c)'s in Counts 11, 13, and 15, resulting in 21 years of mandatory, consecutive time.

### B.     The Weight of the Evidence Against Each Defendant

The weight of the evidence against each defendant is robust and supports their detention as follows:

i.   *Franklin Hunter – Counts 1, 4-5, 10-15, and 19:*

Franklin Hunter, William Hunter's brother, is charged by indictment with:

- Counts 4 & 5:  the June 10, 2022 armed robbery of Virani Jewelers in Iselin, NJ;
- Count 10 & 11:  the November 10, 2022 armed robbery of Baral Jewelers in Harrisburg, PA;
- Count 12 & 13:  the November 27, 2022 armed robbery of Sara Jewelry in Jersey City, NJ; and
- Count 14 & 15:  the December 22, 2022 armed robbery of Chintamani's in Franklin Park, NJ.

He's further charged with money laundering in Count 19 for conversion of stolen gold to cash. The evidence against him for each offense is robust and therefore weighs in favor of his detention.

a.   Counts 4 & 5:  6/10/22 Armed Robbery at Virani Jewelers

Through a review of surveillance, witness interviews, and toll/turnpike cameras, law enforcement identified three suspect vehicles used in commission of the robbery—a maroon Dodge Charger with a D.C. license plate GH4549, a 2018 white Mercedes Benz with D.C. license plate FV3226[6] (later determined to be a Zipcar rental), and a black Chevrolet Suburban with Virginia license plate OSMAN7.

Zipcar records reveal that the Mercedes was rented from Dupont Place Hotel in Washington, D.C. from June 8 at 5:30 p.m. to June 11, 2022, at 6:41 p.m., by Avery Fuller's relative. GPS data for the Mercedes shows that it left D.C. on June 10, 2022, at approximately

---

[6] Video and GPS evidence suggest that the tag appears to have been switched to a temporary Virginia tag at some point prior to the robbery.

12:09 p.m. and traveled to Virani Jewelers before heading back to D.C. immediately thereafter.

Zipcar Records – 2018 Mercedes GLC300 DC reg. FV3226 (June 8, 2022 – June 11, 2022)



More specifically, GPS data for the Mercedes shows that the day before the robbery, on June 9, 2022, at approximately 7:22 p.m., it stopped at Dick's Sporting Goods, at 2470 Market Street NE, Washington, D.C. 20018—surveillance shows Trevor Wright and Avery Fuller entering the store and purchasing implements of the robbery (dark clothing, gloves). On June 10, 2022, prior to the robbery, the Mercedes stopped at a Home Depot in D.C. and then at a QuickChek gas station and convenience store located at 2432 US-130, Dayton, NJ 08810. Consistent with the GPS data, on June 10, 2022, at approximately 5:42 p.m., video from that location shows that the three suspect vehicles arrived together at the QuickChek gas station; the Mercedes and the Charger pulled up to two of the gas pumps while the Suburban parked and waited nearby. Surveillance shows Franklin Hunter exiting the vicinity of the Mercedes driver's seat and Decarlos Hill exiting from the Charger. See the below images from the gas station surveillance featuring Hunter.



Of note, the tattoo that Franklin Hunter has on the left corner of his eye—shown in the below mugshot—appears in the gas station surveillance as a discoloration by the left corner of Franklin Hunter's eye.



Even more noteworthy, though, is the resemblance of the distinct hoodie that Franklin Hunter wore at the QuickChek stop to the hoodie worn by one of the robbery suspects depicted in the jewelry store surveillance.  See below for comparison.

 

*QuikChek Surveillance*               *Virani Surveillance*

The designer shoes that the robbery suspect in the same hoodie wore appear to be the same shoes that Hunter wore in an Instagram image of himself from April 20, 2022.  See below for comparison.





Four days after the armed robbery, Franklin Hunter posted a story on his Instagram, depicting him waving around large stacks of cash.



The next day, on June 15, 2022, Franklin Hunter texted Trevor Wright to vent about Avery Fuller, aka "Ace", who had previously messaged Franklin Hunter to complain about the

breakdown of gold.  Franklin Hunter texted Trevor Wright, "this shyt throw me off brah", and sent the below screenshot of his conversation with Fuller.



b.   <u>Counts 10 & 11:  11/10/22 armed robbery of Baral Jewelers in Harrisburg, PA</u>

As discussed more fully *infra*, Sheffield is tied to this particular robbery, in part, because a tablet subscribed to him gave live GPS pings through the entirety of the robbery, that is, it showed him leaving D.C. and traveling to Baral as the robbery occurred, and then immediately after the robbery, returning back to D.C.  Relevant to Franklin Hunter, the tablet's GPS shows that it made several stops in D.C. before heading to the robbery location.  Specifically, one of the locations the tablet traveled to just before heading to Baral was 5129 Nannie Helen Burroughs Avenue NE, Franklin Hunter's known address before he moved in August 2023 after having been shot.  As a result, it appears that Franklin Hunter was picked up minutes before the car departed northbound towards Baral.

Further, evidence links Sheffield and Franklin together after the robbery. For example, on November 12, two days after the robbery, Franklin Hunter was in an Instagram conversation with Sheffield's girlfriend where he states that "He [referring to Sheffield] come bk home he going to have 30k," "On me." This indicates not only both their involvement in the Baral robbery, but that Franklin Hunter may have even played a leadership role, implying that it was up to him to give the money to Sheffield. In another message to her on the same day, Franklin Hunter states, "But I'm let you know if he with me you can call anytime we ain't on nothing but all money moves." Again, this message all but makes explicit that they were on a "money move" together, that is, the Baral robbery.

Finally, Franklin Hunter's cellphone is located by cell site location information ("CSLI") to be at the scene of the robbery at the time the robbery occurs.

c.   Counts 12 & 13:  11/27/22 armed robbery of Sara Jewelry in Jersey City, NJ

For this robbery, among other things, Franklin Hunter's cellphone is located by CSLI to be tracking from D.C., going upwards on I-95 in the direction of Sara along with co-defendants William Hunter and Conrad. While it appears the phone turns off as they near Sara, so there is no cell site putting Franklin Hunter at the scene of the robbery at the time the robbery occurs, the timing matches, and the phone turns back on heading south towards D.C. immediately after the robbery consistent with him intentionally turning the phone off to evade detection. Further, just two days before the robbery, on November 25, Franklin Hunter messaged Sheffield on Instagram the below photo of cash in a bag.



    d.  <u>Counts 14 & 15:  12/22/22 armed robbery of Chintamani's in Franklin Park, NJ</u>

As mentioned above, after the robbery, the suspects fled in multiple vehicles, including a black Dodge Charger, which, during its flight, was involved in a serious car accident, resulting in the death of one of the suspects, Joshua Matthews.



Once police reported to the scene of the car crash, they found Matthews deceased in the backseat, wearing all black clothing and a ski mask consistent with the clothing the suspects wore during the robbery.   Moreover, during the robbery, one of the victim's cellphones was stolen. Tracking of that cellphone put the phone in the same area as the accident location, that is to say, the suspect that stole the victim's phone was likely in the same Charger that had the accident. Inside the vehicle were two firearms, a black duffel bag with polka dots (as depicted in the surveillance of the robbery), as well as jewelry in the front of the driver's side of the vehicle.   Upon being shown the images of the jewelry recovered from the suspect vehicle, the store owner confirmed that they appeared to belong to the robbed store, noting that the distinct white tags on the jewelry was unique to their store.

Blood was located on the front windshield of the Charger.



A CODIS hit from the swab identifies Franklin Hunter, suggesting he was driving the vehicle.  Moreover, a hammer was recovered from the driver's floorboard area, which matches the one wielded by one of the suspects in the robbery.





a.   <u>Count 19:  Conspiracy to Engage in Monetary Transactions in Property Derived from Specified Unlawful Activity</u>

Finally, the evidence supports that Franklin Hunter conspired with others to engage in transactions using the stolen proceeds.   In January of 2022, for example, after his brother committed the January 7, 2022 armed robbery of Yasini, Franklin Hunter had an Instagram conversation with another account, during which he attempted to sell gold bars for 30 to 60 thousand dollars apiece.  Hunter even sends two photos of what appear to be large, hastily melted gold bars, shown below.



ii.      <u>*Davon Johnson – Counts 1, 4-5:*</u>

Substantial evidence ties Johnson to the June 10, 2022 armed robbery at Virani Jewelers and strongly supports his detention.

As referenced *supra* (in Section (B)(i)(a)), the defendants used three suspect vehicles to execute their plan, including a white Mercedes Zipcar rental that Avery Fuller's relative had rented from June 8 to June 11, 2022.  GPS records for that Zipcar shows it, on the date of the robbery, traveling from Washington, D.C. to New Jersey, while making a couple stops along the way.  One of those stops, at approximately 10:05 a.m., places the Mercedes at 4528 3rd Street SE, Washington, D.C. – an address associated with Johnson based on a September 29, 2022 police report for a family disturbance reflecting that Johnson lived at that location.

Approximately 48 minutes later, the Mercedes then traveled to the Home Depot at 901 Rhode Island Avenue NE in Washington, D.C., where Johnson and Fuller purchased implements of the robbery.  Surveillance from the Home Depot shows two people exiting the Mercedes and entering the store.  From the high-quality footage from inside the Home Depot—see the below image – these two individuals are identifiable as Davon Johnson (left) and Avery Fuller (right).  Indeed, the FBI's facial recognition technology was able to identify the individual to the left as Davon Johnson.



The jacket, pants, and shoes that Johnson is seen wearing in Home Depot approximately nine hours before the robbery appear to be the same worn by one of the suspects depicted in the Virani store surveillance during the robbery.  See below for a comparison of Johnson at Home Depot on June 10th at 10:48 a.m. (left) and the suspect in Virani later that same day (right).



*From left to right: Suspect 7, Suspect 7, Suspect 2 (wi*

At the Home Depot, Fuller purchases a wood-handled hammer consistent with the one used by one of the suspects, as depicted in the Virani robbery footage.  Fuller also tries on and then steals what appears to be a pair of red and black Milwaukee gloves worn by one of the suspects. From there, the Zipcar and other two suspect vehicles continued driving up to New Jersey.

CSLI shows Johnson traveling along the Zipcar's route—from Washington, D.C., to Virani Jewelers in New Jersey and then immediately reverting back to D.C. after the robbery was committed—in complete lockstep with his co-defendants, as depicted in the below map.



The video of the robbery itself committed by Johnson and his co-defendants shows multiple firearms being waved and pointed in the petrified victims' faces as one cowers in the corner and another lies prostrate on the floor while glass from the shattered jewelry displays showers her.

Several days after the robbery, on June 18, 2022, Johnson posted the below Instagram story on his account, which shows him wearing an elaborate chain with a battery pendant similar to the diamond-encrusted battery chain that Wright wore at the time of his December 11, 2022 arrest. The government's understanding is that the battery is an emblem of the Fully Gang, that has territory in the Park Morton neighborhood in D.C. The battery emblem signifies that the person wearing it is affiliated with the gang and thereby "fully active" and/or "fully charged", *i.e.*, their firearms are fully loaded and ready for discharge.



Nine days after the robbery, on June 19, 2022, Johnson posted the below story on his Instagram account (left) with stacks of cash, and on June 23, 2023, he posted a story on his account (right) showing him in a ski mask with the below-featured caption.




iii.   _Decarlos Hill – Counts 1, 4-5:_

The evidence against Hill showing his involvement in the June 10, 2022 Virani Jewelers armed robbery is similarly strong and supports his detention.

One of the three suspect vehicles used in commission of this armed robbery was his very own Dodge Charger, which was equipped on the date of the robbery with a license plate registered to him.  See below for an image, taken on the New Jersey Turnpike, of Hill's vehicle, which was traveling in concert with the other two suspect vehicles, the Mercedes Zipcar and the Chevrolet Suburban.



What's more, a mere six days after the robbery, on June 16, 2022, Hill was stopped in Seat Pleasant, Maryland while operating that same getaway car, as depicted below.



As noted above, the GPS data for the Zipcar suspect vehicle showed it stopping at the QuickChek gas station on the date of the robbery at approximately 5:42 p.m. on its way to the Virani jewelry store.  Surveillance from that location shows the Zipcar pulling up with the other two suspect vehicles, including Hill's Dodge Charger.  The surveillance then shows Hill exiting from the vicinity of the driver's side of the Dodge Charger.  See below for surveillance images of Hill after getting out of the Dodge Charger at the gas station.  As described above in Section B(i)(a), Franklin Hunter, too exited at the gas station with Hill, albeit from the Mercedes Zipcar, instead.



*Images of Dodge Charger occupant at QuickChek*

CSLI for Hill and his co-defendants shows him traveling up from D.C. to the Virani jewelry store, and his phone pings at the tower by Virani at the time of the robbery, before it then shows him traveling in concert with his co-defendants back to D.C. afterwards.

Specifically, the below map shows Hill pinging on the same path as his co-defendants on the way up to the robbery scene.



The below map then shows him at Virani at the time of the robbery.



Finally, the below map shows Hill and his codefendants on their way back to Washington, D.C. after having committed this armed robbery.



A few days after the armed robbery at Virani, on June 14, 2023, Hill's co-defendant Franklin Hunter posted on his Instagram account a story showing Hill with Franklin Hunter and others at what appears to be a luxury retail store on an extravagant shopping spree with numerous shopping bags.




iv.     *Andrew Smith – Counts 1, 10-13, 16-17:*

Andrew Smith is charged by indictment with:

- Count 10 & 11:  the November 10, 2022 armed robbery of Baral Jewelers in Harrisburg, PA;
- Count 12 & 13:  the November 27, 2022 armed robbery of Sara Jewelry in Jersey City, NJ; and
- Count 16 & 17:  the January 27, 2023 armed robbery of Princess Diamonds in Falls Church, VA.

This Section 3142(g) factor supports Smith's detention.  The evidence set forth below strongly implicates him in each of the below-described incidents as well as the larger conspiracy set forth in Count 1.

a.  Counts 10 & 11:  Armed Robbery at Baral Jewelers

Surveillance of this armed robbery from multiple sources showed seven suspects exiting from two suspect vehicles before entering the grocery store and jewelry store in the back: one white Audi Q5 SUV and one white/silver BMW SUV.  After the robbery, when all the suspects ran back into the two suspect vehicles, both cars exited the parking lot together at 6:35 p.m. and fled.

Specifically, the white Audi SUV was equipped with a particular set of rims, a large panorama-type sunroof, and license plates on the front and rear, consistent with a Virginia tag.  A LiNX query of Andrew Smith revealed that several days after the instant armed robbery, on November 17, 2022, Smith was cited while driving a white 2022 Audi Q5, bearing Virginia license plates TWB8880, an Enterprise rental vehicle.  Enterprise records showed that this vehicle was rented at Reagan National Airport by Deangelo Robinson from November 1, 2022 to November 25, 2022, and that 3938 miles were added to the odometer during that time period.

LPR images of this vehicle appears consistent in all regards with the one used in the Baral

robbery.  Indeed, an LPR image from November 5, 2022, at 4:43 p.m., shows an individual in the passenger seat consistent in appearance with Andrew Smith.



On November 10, 2022, the date of the robbery, the Audi Q5 was captured on LPR headed northbound consistent with traveling to the targeted jewelry store.  The next day, on November 11, 2022, an officer took parking enforcement action against the Audi Q5, which was illegally parked on North Capitol Street NW (near co-defendant's Sheffield's child's mother's address).  In officers' BWC, two individuals, who appear to be Smith and Robinson, are standing slightly to the side of the vehicle around that time.





Moreover, Instagram images of Smith from November 3 and 30, 2022, show him wearing pants and shoes consistent with those worn by one of the armed robbers involved in the Baral armed robbery.  See below.




*Baral footage*                    *Andrew Smith IG, 11/30/22*



*Andrew Smith IG, 11/3/22*

Three days after the armed robbery, Andrew Smith posted an Instagram story tagged in

Miami, Florida, which showed his co-defendants Timothy Conrad and Franklin Hunter, among others.  As noted above, the government learned throughout the course of this investigation that, as part of this scheme, Wright had at least one fence in Miami, Florida to convert the stolen gold into bars of gold that can be weighed more precisely and converted from grams of gold to cash.  It is therefore significant that Smith and his accomplices were in Miami, Florida, per Smith's own Instagram account, soon after the Baral armed robbery.

Six days after the Baral robbery, on November 16, 2022, Andrew Smith and William Hunter jointly purchased a black 2011 Mercedes Benz S63 AMG from Chantilly Auto Sales, Inc., for $40,897.30.  As discussed further *infra*, this Mercedes was used as a suspect vehicle in at least two armed robberies before William Hunter abruptly sold it back to the dealership at a significant loss, for $15,000, on February 24, 2023.  By the time it was sold back to the dealership a mere few months after purchase, it had been covered in a matte black Plasti Drip and had 59,461 miles on the odometer.

On the date of the Baral robbery, Smith's CSLI shows him traveling in lockstep with his co-defendants William Hunter, Franklin Hunter, Robert Sheffield, and Timothy Conrad, whose collective CSLI show them traveling from Washington, D.C. to Baral and reverting to D.C. immediately thereafter.



b. <u>Counts 12 & 13:  Armed Robbery at Sara Jewelry</u>

At approximately 4:34 p.m., on November 27, 2022, two males exited a black Dodge Charger bearing the incorrect tag,  and three other males exited a black Mercedes AMG bearing a tag that had been stolen earlier that day and was not affiliated with the Mercedes.  They ran into the store with firearms and hammers, and over the course of 90 seconds, they stole over $400,000.00 in gold jewelry and $20,000.00 in U.S. currency.

A witness captured an image of the Mercedes suspect vehicle, which was consistent with the Mercedes that Andrew Smith and William Hunter had jointly purchased on November 16, 2022.  Specifically, the suspect vehicle (left), like Smith's and Hunter's Mercedes (right), had a missing hood emblem, tan interior, sunroof, black paint job in the door jam, and the passenger break light in both is out.

 

After this vehicle was sold back to the dealership on February 24, 2023, it was searched pursuant to a warrant. The search yielded various pieces of gold jewelry and glass in the back seat of the Mercedes Benz. Inside the car was a temporary paper tag bearing Georgia registration S1449665, which was registered by Andrew Smith.



Photographs of the recovered jewelry were shown by law enforcement to two employees of Sara Jewelry, and one employee positively identified the jewelry along with the price tags attached to the jewelry, further noting that her handwriting was on at least two of the recovered items. Another employee stated that one of the recovered items was made by her father-in-law.

c. <u>Count 16 & 17:  Armed Robbery at Princess Diamonds</u>

Surveillance footage from this January 27, 2023 armed robbery shows the three suspects fleeing the store after the offense and entering a Mercedes Benz sedan.  Again, this suspect vehicle, too, appeared consistent with the Mercedes that Smith had jointly purchased with William Hunter in November (prior to being painted in the matte color when sold back to the dealership a few weeks after the instant robbery).

Much like the Mercedes used as a suspect vehicle in the Sara Jewelry armed robbery, and much like the Mercedes that Smith and William Hunter had jointly purchased, the suspect vehicle in the Princess Diamonds armed robbery shared the following features:  a missing hood emblem, tan interior, sunroof, and the right passenger break light is out.

 

Once Smith and William Hunter sold back the Mercedes to the dealership in February 2023, a search of the vehicle resulted in the recovery of not just jewelry from Sara Jewelry, as described *supra*, but also jewelry identified by the owner as belonging to Princess Diamonds, especially given the safety pins at the end of the necklaces consistent with how the store typically affixed its jewelry to the displays.





*Princess Diamonds Jewelry*                              *Jewelry Found in Mercedes*

Smith's CSLI shows him traveling in concert with William Hunter from William Hunter's residence in Southeast, Washington, D.C. to Princess Diamonds at the time of the robbery, and then reverting to William Hunter's D.C. address immediately afterwards.



On March 27, 2023, after William Hunter had been arrested earlier that month, Andrew Smith posted on his own Instagram account the below image of William Hunter, notably stating, "Shitti we going be back active soon."



v.      *Robert Sheffield – Counts 1, 10-11:*

Sheffield is charged by indictment in Counts 1, 10, and 11, with commission of the November 10, 2022 armed robbery of Baral Jewelers in Harrisburg, PA.  The strength of the evidence against him weighs in favor of his detention.

During the investigation, a series of warrants were obtained for the geographic area surrounding Baral, which revealed that there was one device present at the time of the robbery recording GPS positions through Google.  The subscriber for that account is Lavougnia Sheffield, his mother.  The device present was an Alcatel Joy Tab 2 tablet with three emails attached to the device, one of which was reallifer89@gmail.com.

Location information for the tablet was recovered and showed the following:

• 11/10/22: ~01:12 am to approximately ~9:05 am, the device, was in the vicinity of the

corner of First and O St NW.

- 11/10/22: ~2:28 pm until 2:57 pm, the device was in the vicinity of 2629 Bowen Road SE, which is WILLIAM HUNTER's address.

- 11/10/22: ~3:43 pm to 3:53 pm, the device was in the vicinity of 5129 Nannie Helen Burroughs Avenue NE, an address known to be used by FRANKLIN HUNTER.

- 11/10/22: ~4:00 pm, the device left the District of Columbia and moved to the robbery location in Harrisburg, Pennsylvania.

- 11/10/22: ~6:26 pm to ~6:36 pm, the device was in the vicinity of Baral Jewelers.

- 11/10/22: ~8:19 pm, the device returned to Washington, D.C.

- 11/10/22: ~8:28 pm, the device returned to 2629 Bowen Road SE, where it remained until ~9:27 pm when the data discontinued.

In essence, the tablet traveled to various co-defendant locations before leaving D.C. to the robbery scene and then back to D.C. after the robbery. In the graph below, the continued light grey line indicates an unbroken path taken by the tablet from D.C. to the scene of the robbery.



Moreover, Sheffield has an Instagram account with handle,  @da_reallifaa, consistent with the "reallifer89" Gmail addressed registered to the tablet.  His Instagram account contains highly incriminating messages.  For example, on multiple occasions, Sheffield told Franklin Hunter that he is at his child's mother's house, which was identified to be 1345 1st St NW.  The GPS tracks of the tablet during the night of November 9 and 10 (the day before the robbery and the date of the robbery, respectively) indicates the tablet was at that location.



Further, in messages between the mother of Sheffield's child and Franklin Hunter, Hunter states to her, just two days after the robbery occurs, that "He come bk home going have 30k," "On me."

vi.   _Timothy Conrad – Counts 1, 10-15:_

Conrad is charged by indictment with:

- Count 10 & 11:  the November 10, 2022 armed robbery of Baral Jewelers in Harrisburg, PA;

- Count 12 & 13:  the November 27, 2022 armed robbery of Sara Jewelry in Jersey

City, NJ; and

- Count 14 & 15:  the December 22, 2022 armed robbery of Chintamani's in Franklin Park, NJ.

a.  Counts 10 & 11:  11/10/22 armed robbery of Baral Jewelers in Harrisburg, PA

Evidence implicating Conrad for this robbery includes the fact that cell site location information shows Marcus Chapman, Timothy Conrad, and Andrew Smith traveling on a route consistent with their involvement in the robbery.

Further, for this robbery, as well as the robberies at Chintamanis and Sara, Conrad's phone was not interacting with the AT&T network on these three different robberies at the time the robberies occurred, which could be caused by the phone being off.  In all three cases, however, the phone either ceased being active at a time and location consistent with heading to the robbery or returning to the Maryland/D.C. area after each robbery, indicating that Conrad likely turned off his phone when approaching the target store, and then turned the phone back on after the robbery.  In all three robberies, his location and movement coincided with the cell site location information of other defendants that participated in the respective robbery.

Moreover, in the days around this robbery, Conrad's phone, according to toll records, had numerous contacts with both William and Franklin Hunter, who are both charged with commission of this armed robbery, and as explained *supra*, strong evidence ties them to this robbery.

Finally, an Instagram story posted on November 16, 2022, just six days after the Baral robbery and ten days before the Sara robbery, shows Conrad traveling in a vehicle with Franklin Hunter, Sheffield, and his twin brother, Thomas Conrad.  Timothy Conrad and Franklin Hunter, occupying the front seats of the vehicle, can be seen flashing large stacks of what appears to be U.S. currency.

 

b.  <u>Counts 12 & 13:  11/27/22 armed robbery of Sara Jewelry, Jersey City, NJ</u>

Evidence implicating Conrad for this robbery includes his CSLI placing Conrad on a route, along with other charged defendants, consistent with their involvement in the robbery, as explained above.  Further, in the days surrounding this robbery, Conrad had multiple phone contacts with Franklin Hunter, who was also charged for this particular robbery as supported by substantial evidence described above.

c.  <u>Counts 14 & 15:  12/22/22 armed robbery of Chintamani's in Franklin Park, NJ</u>

Evidence implicating Conrad for this robbery is overwhelming.  As mentioned above, after the robbery, the suspects fled in multiple vehicles, including a black Dodge Charger, which, during its flight, was involved in a serious car accident, resulting in the death of one of the suspects, Joshua Matthews.  Swabs were taken from the rear driver's side seat and door area, and a DNA

CODIS hit indicates a match to Thomas Conrad, Timothy Conrad's brother.  However, it is noteworthy that they are twins and therefore share the same DNA; the government anticipates that additional testing against Timothy Conrad's buccal will provide further insight on this matter. Additionally, as also mentioned above, CSLI again shows, consistent with the prior robberies, Conrad on a route, along with other charged defendants, consistent with their involvement in the robbery.

> ### C.     The History and Characteristics of Each Defendant
>
> i.     _Franklin Hunter – Counts 1, 4-5, 10-15, and 19:_

Franklin Hunter's history and characteristics support detention.  He is currently on pretrial release for a firearms offense out of Maryland, and has not been compliant with his release conditions in that matter given, not only the recovery a firearm on August 30, 2023, but also the issuance of a bench warrant on December 1, 2022.  He is also currently on probationary supervision for a Howard County, MD offense, stemming from a conviction for what appears to be First Degree Burglary.  There, too, he has not been compliant; pretrial specifically notes that "PSA contacted the defendant's Maryland Probation Officer Agent Bridgette Anderson who stated the defendant is non-compliant and requested he be held pending trial."  The defendant has numerous serious felony convictions involving conduct similar to the instant offenses.  He has a conviction for Burglary out of Hyattsville, and a theft conviction out of Prince George's County.

Finally, it's also notable that during his arrest, investigators recovered a Glock 23 firearm with obliterated serial number and extended magazine (22-round capacity) from his apartment. This, despite being on supervision in multiple matters and prohibited from possessing a firearm in the first instance due to his prior felony convictions.  Moreover, not only is the firearm especially dangerous due to its inability to be tracked and high-capacity magazine, but it appears to have

actually been used.

Indeed, this firearm is linked via NIBIN to a shooting that occurred during a botched armed robbery of Yasini Jewelers approximately three months ago.  Yasini was robbed in January 2022 by William Hunter and another suspect, but over a year later, there was another attempted armed robbery of Yasini in April of this year, which the government is presently still investigating. During this robbery attempt, shots were exchanged by the robbers and the store employees. Cartridge casings recovered from the scene of this attempted robbery/shooting coincide via NIBIN to the test-fired cartridge casings emitted from the firearm recovered from defendant Franklin Hunter's apartment.  As a result, the government anticipates that a superseding indictment will reflect that the conspiracy continued beyond January 27, 2023, and that members of this organized group continued to implement this scheme even after Trevor Wright and William Hunter were arrested in December 2022 and March 2023, respectively.

For these reasons, the government submits that Franklin Hunter poses an exceptional risk to the safety of the community if he were to be released.

### ii.    _Davon Johnson – Counts 1, 4-5:_

Johnson's history and characteristics support detention, too, as he presents not only a danger to the community, but also a flight risk.

On August 30, 2023, while on pretrial release in a Prince George's County case, and while on probation in D.C. Superior Court case numbers 2020 CF2 2938 and 2022 CTF 5884, Johnson was in possession of two firearms—a Glock 21 Gen 4 and an AR-Style pistol with an obliterated serial number—in addition to twenty live rounds of ammunition, apparent marijuana packaged for distribution, and 4.8 grams of a rock-like substance in packaging consistent with distribution, all of which expose him to additional charges. This while being subjected in his probation matters to

the intensive level of supervision that requires him, among other things, to not commit further crimes.

The facts underlying the cases for which he is currently supervised provide further indicia of both dangerousness and his flight risk.  Both cases stem from his conduct on March 5, 2020, when officers observed Johnson driving a vehicle that matched a lookout for a vehicle involved in a shooting.  At the time of their observation, Johnson's vehicle was driving at a high rate of speed in the area of 16th Street and Spring Place, NW.  When an officer attempted to stop Johnson's vehicle, he refused to accede to lawful commands; instead, he continued to speed, including down the wrong way of the 1300 block of Perry Place NW.  As Johnson was speeding down the wrong way, officers were driving in the block and activated their lights to try to stop him while attempting to swerve out of the way; undaunted, Johnson kept driving at them and collided into the police cruiser.  Johnson then climbed out of the driver's-side window and ran.  Officers chased Johnson on foot and ultimately arrested him.  In the center console of the vehicle that Johnson had been driving, officers found a black firearm magazine with ammunition.

What's more, the three bench warrants in defendant's pretrial services report ("PSR"), two of which were executed, as well as his prior conviction for Obstructing Justice (in D.C. Superior Court case 2012 CF3 13897) should provide the Court with no confidence that Johnson would appear as required for future court hearings and/or comply with any lesser conditions this Court sets.

The recovery of two firearms in his residence in addition to his criminal history present real dangerousness concerns.  He is before the Court with prior violent crime convictions, including an Assault with Intent to Commit Robbery, in case 2012 CF3 13897, for which his supervised release was revoked to incarceration.  The government further refers the Court to pages

6 and 7 of his PSR in support of its dangerousness concerns.

    *iii.*    <u>*Decarlos Hill – Counts 1, 4-5:*</u>

The government acknowledges that defendant Hill presents with limited criminal history, while pointing the Court to page 3 of his PSR.

What is not reflected in his bail sheet is his arrest in D.C. Superior Court case 2017 CMD 3251, for which he was charged with Second-Degree Theft.  In that matter, Hill, who at that time, too, worked for the U.S. Postal Service ("USPS") as a carrier, was investigated and charged for misuse of his USPS cards for making unauthorized charges while not on duty.  Following entry into a deferred sentencing agreement with the government in that matter, the case was ultimately dismissed.

Assuming *arguendo* that the Court finds this factor of its Section 3142(g) analysis does not weigh in favor of Hill's detention, the remaining three factors overwhelmingly do.

    *iv.*    <u>*Andrew Smith – Counts 1, 10-13, 16-17:*</u>

The Government acknowledges that Andrew Smith has no prior convictions and has only been arrested and charged on one prior occasion in Prince George's County for a misdemeanor marijuana possession offense in 2013, albeit the government notes that according to a WALES check, it appears that a failure to appear in that matter was issued during the duration of that matter.

Even so, notwithstanding the limited nature of his criminal history, two things are noteworthy in Smith's case.  First, his Instagram account includes references of allegiance to the Fully Gang, described *supra*, that has territory in Park Morton in Washington, D.C.  See the below image of Smith, for example, with the Fully Gang battery emblem to represent being "fully active."



Second, the Court should further consider the unlawful firearm recovery from Smith's residence

on August 30, 2023, when the arrest and residential warrants were executed there.  Also recovered

in his residence was ammunition and a locked safe.

Assuming *arguendo* that the Court finds that this Section 3142(g) factor weighs against

detention, that is not dispositive, as the other three factors the Court must consider overwhelmingly

do.

v.      *Robert Sheffield – Counts 1, 10-11:*

Sheffield's history and characteristics support detention.  He has multiple prior felony

convictions, including convictions for violent crimes.  For one, he has illegally possessed firearms

notwithstanding the fact that he is convicted felon, as indicated by his 2017 conviction out of

Maryland for which he served a year for being a felon in possession.

However, more ominously, in 2011 he was sentenced to five years in jail for an armed

robbery that he committed with a firearm.  The specifics of that conviction, however, indicate that

it was a double armed robbery and an assault with a dangerous weapon. According to the factual proffer that Sheffield admitted was true, he and a codefendant, both armed with a firearm, robbed two victims at gunpoint of their valuables. When a third victim left a nearby house and saw what was happening, defendant Sheffield pointed the gun at that victim and ordered that he return to the house. As a result, the lone conviction does not do justice to the exact criminal act that defendant Sheffield in fact did, which involved three victims all accosted and held at gunpoint. Most notably, despite serving an extended length of incarceration, the defendant could not remain out of trouble and abide by court conditions. The PSR indicates that his probation was revoked, and he served an additional seven months of confinement. But even after that, the defendant became a loss of contact. All of this suggests the defendant cannot be trusted on pretrial release as both a danger to the community but also as a flight risk.

Finally, the defendant also has prior convictions for Burglary and Trespass, for which he received jail time, although clearly insufficient to act as any deterrence. Together, these prior convictions indicate a long life of criminality by the defendant and the inability to comply with the law despite multiple opportunities to learn from his prior mistakes. This factor favors detention.

vi.    _Timothy Conrad – Counts 1, 11-16:_

Conrad's history and characteristics support detention. For one, Conrad has a long criminal history that dates back nearly two decades. While some of these convictions are for drug offenses, they still indicate that Conrad is unable or unwilling to conform his behavior to the parameters of the law and that he remains undeterred. Moreover, Conrad does have a prior crime of violence conviction, as noted on page 5 of his PSR. He has continued to show a pattern of disregard and contempt for the law just as recently as last year by possessing a firearm, notwithstanding his prior felony convictions that forbid him from doing so. Indeed, as noted above, a firearm with a switch

(rendering the firearm a suspected machinegun) and ammunition, including rifle-caliber ammunition, was found in his apartment when he was arrested.  Ominously, NIBIN leads connect these firearms to multiple shootings, suggesting that they were not merely collecting dust while in his possession.

Further, he also has three previous bench warrants, again indicating that he will not conform his behavior to the laws of the United States and the District, and that he poses not only a danger to the community, but also a flight risk.  This factor favors detention.

### D.     The Nature and Seriousness of the Danger to Any Person or the Community Posed by the Person's Release

The fourth factor also weighs in favor of detention. Each defendant's release poses a physical danger to the community.

The recovery of live rounds at the Paradise jewelry store crime scene after one of the defendants accidentally dropped an extended magazine makes clear that the guns these defendants waved and pointed at the victims' heads were loaded.  The firing of a gun during the second attempted robbery at Yasini on April 28, 2023, shows that these defendants have every intention of using these firearms.  The danger inherent in robberies and carjackings, especially when firearms are involved, is self-evident; the possibility of devolving into a shooting that maims or kills is very real.  But the flight that follows also jeopardizes the community.  Indeed, the December 22, 2022 fatality to Joshua Matthews from a vehicle collision during the defendants' flight from the Chintamani's robbery scene illustrates how such heists imperil all members of the community, including the defendants themselves.   But even the death of their own was insufficient to deter the defendants from committing yet another armed robbery almost one month later, on January 27, 2023.  Moreover, the potent drug cocktail found in Matthews's system at least raises the possibility some of these other defendants committed these heinous acts, including holding guns to victims'

64

heads, while also taking PCP.

Each defendant has shown a willingness to commit a series of violent acts for their own gain, regardless of the cost—emotional, physical, mental, and/or financial—to others.  In so doing, the defendants have told the Court by their own actions that they pose a very real danger to the community.  This factor, too, supports their detention.

## CONCLUSION

For the aforementioned reasons, the government respectfully submits that the above-captioned defendants cannot overcome the presumption of dangerousness in this case.  Clear and convincing evidence establishes that there are no conditions or combinations thereof that will reasonably assure the safety of the community upon their release and their return to court.

The government therefore respectfully requests that the Court detain each defendant without bond pending trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Sitara Witanachchi*
SITARA WITANACHCHI
D.C. Bar Number 1023007
ANDY WANG
D.C. Bar Number 1034325
Assistant United States Attorneys
Violence Reduction and Trafficking Offenses
601 D Street, NW
Washington, D.C. 20530
Phone: (202) 699-1978
Email: Sitara.Witanachchi@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2023, a copy of the foregoing Motion was submitted via CM/ECF, which will transmit to counsel for the above-captioned defendant.


*/s/ Sitara Witanachchi*
Assistant U.S. Attorney